IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 07-cv-0675-MJR |
| ATLAS PAVING & EXCAVATING, INC., ATLAS BUILDING COMPONENTS, HIGGINS CONSTRUCTION, ROBERT HIGGINS, and LISA HIGGINS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFAULT JUDGMENT

REAGAN, District Judge:

As noted in a prior Order (Doc. 21), Plaintiffs ("the Funds") properly secured clerk's entries of default under Federal Rule of Civil Procedure 55(a) as to all five named Defendants in this case. In December 2007, the Funds moved for default judgment against all five Defendants, pursuant to Rule 55(b). The Court denied "at this time" that motion, allowing Defendants through April 4, 2008 to object to the entry of default judgment and directing the Funds to serve Defendants with the Order setting the April 4th deadline.

The April 4th deadline has passed. All five Defendants were notified of the fact that an entry of default had been made and that a motion for default judgment was pending (*see* Docs. 15 and Docs. 22-28). No Defendant filed an objection to the Funds' default judgment motion.

Accordingly, the Court now **GRANTS** the Funds' motion for default judgment (Doc. 11). Before the undersigned Judge can direct the Clerk to enter judgment for a specific amount, additional current information is needed. Accordingly, the Funds SHALL submit a proposed Order outlining the total damages sought herein and breaking that into identifiable components (the amounts of delinquent contributions, liquidated damages, attorneys' fees, costs, etc.). The proposed Order shall be mailed to the undersigned Judge's proposed document inbox – MJRpd@ilsd.uscourts.gov – no later than **April 15, 2008.**

IT IS SO ORDERED.

DATED this 8th day of April 2008.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
