IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 07-cv-0675-MJR |
| ATLAS PAVING & EXCAVATING, INC., ATLAS BUILDING COMPONENTS, HIGGINS CONSTRUCTION, ROBERT HIGGINS, and LISA HIGGINS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER DIRECTING ENTRY OF JUDGMENT

REAGAN, District Judge:

Plaintiffs ("the Funds") have secured clerk's entries of default as to all five named Defendants and obtained default judgment as to all five Defendants – each of whom failed to respond to the complaint and failed to respond to a notice of impending entry of default judgment (*see* Docs. 10, 13, 21 & 31). The Funds have timely supplied updated damages information as directed by the undersigned Judge on April 8, 2008, so the Clerk of Court may now enter judgment.

Pursuant to the April 8th Order and Federal Rule of Civil Procedure 55(b), the undersigned Judge hereby **DIRECTS** the Clerk of Court to **ENTER JUDGMENT** in favor of Plaintiffs and against Defendants Atlas Paving & Excavating, Inc., Atlas Building Components, Higgins Construction, Robert Higgins (individually), and Lisa Higgins (individually) in the total amount of **$38,551.89**.

The components of that total are delineated as follows:

| | |
|---|---:|
| Delinquent Contributions: | $ 9,465.99 |
| Liquidated Damages: | + $ 1,042.59 |
| Alter Ego Liability: | + $24,437.73 |
| Attorney Fees and Costs: | + $ 3,613.88 |
| Report Form Overpayment (credit): | - $ 8.30 |
| Grand Total of Damages: | $ 38,551.89 |

Defendants are **ORDERED** to produce their payroll records and books to the Funds no later than May 15, 2008, so an audit may be conducted to determine if any additional amounts are owed to the Funds by Defendants. The Court **RETAINS JURISDICTION** to enforce the terms of this Order and corresponding judgment.

IT IS SO ORDERED.

DATED this 11th day of April 2008.

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge