IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS**, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. 07-675-MJR ) |
| **ATLAS PAVING & EXCAVATING, INC., ATLAS BUILDING COMPONENTS, HIGGINS CONSTRUCTION, ROBERT HIGGINS,** individually, and **LISA HIGGINS,** individually, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Central Laborers Pension, Welfare and Annuity Funds' Motion for Turnover Order directed at Robert Higgins. **(Doc. 44)**. None of the defendants have responded, and the time for doing so has now expired.

Plaintiffs' Motion is based upon a property settlement and/or distribution that Robert Higgins is to make to co-defendant, Lisa Higgins, pursuant to a Judgment of Dissolution of Marriage.

The Court hereby **GRANTS** plaintiffs' Motion for Turnover Order **(Doc. 44)**, and Orders defendant Robert Higgins to turn over to plaintiffs, the sum of thirty eight thousand five hundred fifty one dollars and eighty nine cents ($38,551.89), that was to be paid to co-defendant, Lisa Higgins. Defendant shall turn the money over by **July 22, 2008.**

**IT IS SO ORDERED.**

**DATE: July 8, 2008.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **UNITED STATES MAGISTRATE JUDGE**