IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CENTRAL LABORERS' PENSION,** | ) | |
| **WELFARE AND ANNUITY FUNDS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 07-675-MJR |
| | ) | |
| **ATLAS PAVING & EXCAVATING, INC.**, | ) | |
| **ATLAS BUILDING COMPONENTS,** | ) | |
| **HIGGINS CONSTRUCTION,** | ) | |
| **ROBERT HIGGINS,** individually, and | ) | |
| **LISA HIGGINS,** individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is Central Laborers Pension, Welfare and Annuity Funds' Motion for Turnover Order directed at Robert Higgins. **(Doc. 45)**. None of the defendants have responded, and the time for doing so has now expired.

The Court hereby **GRANTS** plaintiffs' Motion for Turnover Order **(Doc. 45)**, and Orders defendant Robert Higgins to turn over to plaintiffs the money withheld on the Pere Marquette State Park Project by the Capital Development Board of Springfield, Illinois, approximately $18,000.00, to plaintiffs to satisfy all, or a portion of the judgment entered herein. Defendant shall turn the money over by **November 5, 2008.**

    **IT IS SO ORDERED.**

    **DATE:  October 22, 2008.**

                                          **s/ Clifford J. Proud**
                                          **CLIFFORD J. PROUD**
                                          **UNITED STATES MAGISTRATE JUDGE**